# Court of Appeals
# of the State of Georgia

ATLANTA, February 19, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1251.  GUY v. LOGISTICARE SOLUTIONS et al.**

This appeal was docketed on January 16, 2019, such that appellant Angie Guy's brief was due on February 5, 2019. See Rule 23 (a) (appellant's initial brief is due within 20 days of docketing; failure to file "within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal").

As of February 15, 2019, Guy had neither filed a brief nor asked for an extension of time to do so. We therefore DISMISS this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/19/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*